UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No.: CR05-00035-001<br>)<br>) DETENTION ORDER<br>)<br>) |
| Plaintiff, | |
| v. | |
| MUHAMMED TILLISY, | |
| Defendant. | |

Offense charged:

    Violations of Conditions of Pretrial Release.

Date of Detention Hearing:   Initial Appearance, April 25th, 2005.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    The Pretrial Services Violation Report and Request for Warrant dated April 15, 2005, indicates the defendant has violated his condition of pretrial release by incurring a new criminal charge for no valid operator's license on or about April 7, 2005, in Snohomish County, Washington. In addition, defendant is in violation of the conditions of pretrial release by leaving

his residence without permission on April 12, 2005, and by leaving his residence on April 14, 2005, with permission but, not to the location approved by the U.S. Pretrial Services Officer.

    (2)    Mr. Tillisy cut off his electronic home detention monitoring device and attempted to enter Canada when he was detained.

    (3)    Mr. Tillisy has more than 25 failures to appear for required court appearances.

    (4)    There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25th day of April, 2005.

/s/ JAMES P. DONOHUE
United States Magistrate Judge